## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**NICHOLAS ADDISON**                                              **PLAINTIFF**
ADC #162451

**v.**                          **CASE NO. 2:25-CV-00254-BSM**

**NORTON ALBERT,** *et al.*                                        **DEFENDANTS**

### ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted.

Nicholas Addison's claims are dismissed without prejudice and his case is closed.

IT IS SO ORDERED this 20th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE