### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**NICHOLAS ADDISON**                                                    **PLAINTIFF**
ADC #162451

**v.**                          **CASE NO. 2:25-CV-00254-BSM**

**NORTON ALBERT,** *et al.*                                            **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE